**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime LOPEZ–HERNANDEZ,**
**Defendant–Appellant.**

No. 10–30257.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 20, 2011.

Marcia Kay Hurd, Esquire, Assistant U.S., USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Mark S. Werner, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Jaime Lopez–Hernandez appeals from the 24–month sentence imposed following his guilty-plea conviction for illegal re-entry of deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Lopez–Hernandez contends that his sentence is substantively unreasonable because the district court imposed a sentence that was 17 months above the top end of the Guidelines range. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including promoting respect for the law and deterring future criminal conduct, the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.